UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAYNE BONILLA,

Petitioner,

v.

YVONNE GONZALEZ ROGERS, et al.,

Respondents.

Case No.  20-cv-00070-VC (PR)

**ORDER OF DISMISSAL WITH PREJUDICE**

Petitioner Steven Wayne Bonilla, a state inmate, has filed a *pro se* petition for a writ of mandamus seeking a default judgment against four federal district court judges for their rulings in his cases before them.

A federal judge is absolutely immune from civil liability for acts performed in his or her judicial capacity and, unlike the judicial immunity available to state judges sued under § 1983, a federal judge's immunity is not limited to immunity from damages, but extends to actions for declaratory, injunctive and other equitable relief.  *See Moore v. Brewster*, 96 F.3d 1240, 1243 (9th Cir. 1996), *superseded by statute on other grounds*; *Mullis v. United States Bankruptcy Court*, 828 F.2d 1385, 1394 (9th Cir. 1987).

Furthermore, Bonilla's underlying claims are about his state criminal case; therefore, they are properly brought in his pending federal habeas proceeding.

Accordingly, this action is dismissed with prejudice because amendment would be futile. The clerk shall file no further documents in this case after it is closed.

**IT IS SO ORDERED.**

Dated: January 15, 2020

VINCE CHHABRIA
United States District Judge